# EXHIBIT A



# MEDIATAKEOUT.COM

### The Most Visited Urban Website In The World

home archive advertise account

Search

## NEW COUPLE ALERT!! Rapper 50 Cent Was Photo'd Out With His New Girlfriend . . . And They Were Riding The NYC Subway Together!!



Like  0    Tweet  0    g+1  0

March 26, 2014: Never let it be said that 50 ain't a MAN OF THE PEOPLE. Our friends over at Hip Hop
Weekly managed to get photos of him riding the subway with a latina model named Sally that we assume is his
girlfriend.

But don't get it F*CKED UP . . . 50 still nows how to FLOSS like a true BALLER. He was later photo'd with Sally in his new Lamborghini Aventador.


**Tags:** <u>cent</u> <u>lamborghini aventador</u> <u>rapper</u> <u>sally</u>

  

**Send via Facebook**    **Send via Twitter**    **Send via Email**

MediaTakeOut.com™ 2013







**Comments**

Jai1804
flag as inappropriate/spamReply

Get it where you fit in...follow me on IG Jai1804

MediaTakeOut.com™ 2013



**GHETTO DAN**
flag as inappropriate/spamReply

I THINK SHE IS LATINA NOT WHITE AND HE LOOKS LIKE A CHARACTER FROM PLANET OF THE APES

---

**BrownSugar64**
flag as inappropriate/spamReply

50 must have dumped Tatted up Holly

---

**lopezadrian918**
flag as inappropriate/spamReply

Looks like a video

---

**sexyndacity**
flag as inappropriate/spamReply

Um she is very basic I don't care what he buys her to wear, how she looks is blah

---

MobileBooty.com

flag as inappropriate/spamReply

She got a little booty MobileBooty.com We got the baddest chick flicks on the net for cell phones only



The best
flag as inappropriate/spamReply

She looks good



CScuman91
flag as inappropriate/spamReply

my classmate's sister makes $72 hourly on the laptop . She has been fired from work for 6 months but last month her check was $14767 just working on the laptop for a few hours. see this website ========>>>>> ========>>>> JobsPLAYER.Com ========>>>> ========>>>> JobsPLAYER.Com ========>>>> ========>>>> JobsPLAYER.Com <<<===== GO TO THE SITE FOR MORE INFORMATION



graceamazin
flag as inappropriate/spamReply

Its called a VIDEO SHOOT! Follow me on IG @GraceAmazin :-P



graceamazin
flag as inappropriate/spamReply

It's called a VideoShoot! Follow Me on IG: @GRACEAMAZIN



**ARIZONA BROWN**
flag as inappropriate/spamReply

HE LOVES WHITE WOMEN!.......FOLLOW ME ON IG: "MSARIZONABROWN" & I'LL FOLLOW BACK

---

**Chantal31177**
flag as inappropriate/spamReply

@ lopezadrian918 I agree

---

**Mrs.Morgan1**
flag as inappropriate/spamReply

He is too old to be wearing clothes like thatâ€¦

---

**Ms. Kameria**
flag as inappropriate/spamReply

They look handsome together. I like the pictures.

---



**Omgbishewyuck**
flag as inappropriate/spamReply

She's pretty! I'll admit. In the first 2 pics I was like wth is that kris Jenner? But that last pic made up for that lol







**mscreative1**
flag as inappropriate/spamReply

Like others stated my be video shoot!



**Mr_P**
flag as inappropriate/spamReply

Curtis Jackson oops I mean 50 Cent or what the he_lll ever he calls him self is 40 years old and he need to dress like a 40 years old man, instead of dressing like a 16 years old boy. A lot of Black men over age 25 have the mentality of a child, and you wonder why other race groups have no respect for Black men in America.



**Qu33nz89**

flag as inappropriate/spamReply

Lmaoo so if i see a new video for a song he may have coming won't that. Mean this story a lie LOL



KEEYSHAJ73
flag as inappropriate/spamReply

THIS LOOK LIKE A VIDEO SHOOT HE DOES GOT A NEW ALBUM DROPPIN JUNE,3RD ANYWAY I ACTUALLY LIKE HIM WITH HOLLY HE SEEMS HAPPY WITH HER I NEVER SEEN 50 HAPPY WITH A CHICK AND HOLLY HOLDS HIM DOWN GOOD I THINK 50 FINALLY IN LOVE,HOLLY THE CHICK HE LEFT DAPHNE FOR,I LIKE HOW HES MORE OUT THERE WITH HOLLY AND LET HOLLY PROMOTE HIM WHEN DAPHNE COULDN'T DO NOTHIN LMAOOOOO...



tigerlove
flag as inappropriate/spamReply

What eva floats yo boat....



Ransomed
flag as inappropriate/spamReply

Cute hair!



KEEYSHAJ73
flag as inappropriate/spamReply

@MR_P WELL HE ACTS YOUNG SO THATS WHY HE DRESS YOUNG HE DONT ACTS HIS AGE MOST OF THE TIME LOL...



**NYCblackMAN**
flag as inappropriate/spamReply

AT LEAST SHES LATIN AND NOT SOME TRASHY, BOTTOM, FRIZZY HAIRED, PLASTIC FLIP FLOP WEARING WHITEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEE Cause we know the "DARKER THEY ARE THE WHITER THEY GO!" BUT FOR THE RECORD he too damn black to be with ANYTHING OTHER THAN A BROWN GIRL 4 REALS! TRUTH!



**facevalue**
flag as inappropriate/spamReply

She's cute but 50 is irrelevant as far as rap music.

**SEATOWNGODDESS**
flag as inappropriate/spamReply

Ewww this rat can't be a model 50 looks like he needs a bath asap

**Rick "The Model" Martel**
flag as inappropriate/spamReply

SALLY WHY WASTE YOUR TIME WITH A BUM WACK RAPPER????



**MTO UPDATES**
flag as inappropriate/spamReply

ATTENTION SIDE UPDATE: Dr Dre Signs New rapper from the ATL Jean Michael's to AfterMath this not a Rumor it's FACT you can check him out on Youtube & his twitter @JeanMichaels_ https://soundcloud.com /jeanmichaels-1



ladinai90
flag as inappropriate/spamReply

THESE PHOTOS LOOK SOOO STAGED! WE ALL KNOW HE'S G@Y



AlonzoE
flag as inappropriate/spamReply

Extra light Latina with good skin small features just the way a Latina should look. Not dark and Negras.



Kah_tea
flag as inappropriate/spamReply

Can u say attention whore? someone is feeling left out... well lets hope this one works. shes cute... but i dont think she is white.... and....ummm....nobody cares! IG:Kah_tea

**Pampers Sensitive Wipes 7x Box 448 Count**

(745)

~~$15.23~~ **$10.97**

---

**Mike criscio**
flag as inappropriate/spamReply

this b**** be trifling 50 used her in a video now this b**** thinks she's the new girl well I can tell you 100 percent that she is not his girl and he's still with Holly .crazy give a b**** a chance and she tries to blow up using this guy. how many people out there I think 50 cent is using the f****** subway give me a break fool

---

**Say What!**
flag as inappropriate/spamReply

that's a photo shoot dumb asses they are not together as in a relationship, damn mto is smart!!!!

---

**225finest**
flag as inappropriate/spamReply

So MTO y'all know its a video shooot. Yet y'all think lying to ur readers r good. The comments run this website. Y'all heading and stories mean nothing to us anymore. I read for the comments!!!!!!



**UKNOWUAINTRIGHT**
flag as inappropriate/spamReply

She is in black and white photos... What's the point of getting a knockoff black chick when you are inter racially dating .. That's retarded lol she is pretty but she looks or is black . She got a black girl Halle berry cut... Lmaooo she trying to look black with that haircut!



**Say What!**
flag as inappropriate/spamReply

I SAID THAT'S A PHOTO S H O O T DUMB A S S E S !!!! THEY ARE NOT TOGETHER AS IN A RELATIONSHIP, D A M N MTO IS SMART??!!



**Say What!**
flag as inappropriate/spamReply

@UKNOWUAINTRIGHT B!TCH PLZ. SHE TRYING TO LOOK BLACK WITH THAT HAIR CUT?? WHAT'S A BLACK HAIR CUT?!?! LMAO I'M ASHAMED OF YOU BLACK HOEZ. MAKING US ALL LOOK AND SOUND IGNORANT D A M N!!!!!!!!!!!!!!



**ReppinRealBrothas**
flag as inappropriate/spamReply

The same fools trying to clown 50's outfit, probably cosigned that moist f*uchery Omar Epps wore on The View", as "real fashion". In terms of 50 being "irrelevant", the brotha is worth over $100M, doing boxing

promotion and movies. I just saw him in a movie with Sylvester Stallone & Arnold Schwatzenegger. In terms of rap, 50 isnt Nas or Eminem lyrically but he's better than Soulja Boy, Waka Flocka, Chief Keef and most of these corny skinny jeans wearing @zz lames. Speaking of that, because he's 39-40 y.o he has to wear suits and Dockers now. 50 is a street dude and I would question his fashion decisions if he was wearing skinny jeans with a tight hoodie. I'm a little younger than 50 and I wouldnt wear that hoodie or my hat cocked to the side per se, but the jeans and kicks are legit.



snackeroo
flag as inappropriate/spamReply

What happened to his Asian baby mama? SNACKEROO.COM - Today's feature: dark chocolate bars



cocoa49
flag as inappropriate/spamReply

YOU IDIOTS HE IS DOING A VIDEO LMAO!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!



books
flag as inappropriate/spamReply

Probably filming a video. I doubt if he'd catch a Ny subway by himself. Goons just waiting for him to come off that cash



nicki-28
flag as inappropriate/spamReply

he doesnt look like 50 but okay! listen to my radio blog @ http://www.blogtalkradio.com/she1072002/2014/03/25/kim-and-kanye

4/17/2014 11:46 AM



Chell313
flag as inappropriate/spamReply

It's a video shoot. He is still kicking it with Holly. BTW Holly is in his next video called "Smoke" from his upcoming album Animal Ambition"



Chell313
flag as inappropriate/spamReply

And on that note of this being a video shoot, of course he and/or his staff send these pictures out to stir up talk to get people interested in his upcoming album.



xoxolalaa
flag as inappropriate/spamReply

You Can Make 2k A Week Click The Link To Find Out How. http://tasks4job.com/?refer=24709



DEE$$$
flag as inappropriate/spamReply

Yo 50 The Lambo looks awful. Should have left it grown man style.

Pampers Sensitive
Wipes 7x Box 448
Count

(745)

$15.23 **$10.97**

Earn up to 20,000 airline miles per hotel booking.
Plus, get 3,000 Bonus Miles for a limited time.    **Learn More**
🚀 Rocketmiles

dawnieboo73
flag as inappropriate/spam Reply

ON TOP OF THE ROOF, HOW CLASSY? LOOK AT THIS, IS HE FOR REAL? http://www.ibourl.net/makemoneywithdawn

KEEYSHAJ73
flag as inappropriate/spam Reply

YEAH I CANT WAIT TO SEE THAT VIDEO LOL @CHELL313

Resey86
flag as inappropriate/spam Reply

She's on ig & has a bf and it's not 50 states she's been with him for 9 yrs smh



**BusinessRai**
flag as inappropriate/spamReply

ONLINE ALL DAY READING ABOUT GOSSIP? WHY NOT MAKE MONEY? WHY ARE YOU MAKING OTHER PEOPLE RICH? MY TEAM IS LIVING! WE ARE SAVING MONEY ON PRODUCTS AND SERVICES WE ALREADY USE AND ALSO MAKING MONEY! STOP WASTING YOUR VALUABLE TIME ONLINE AND START MAKING MONEY AND LIVING YOUR LIFE. DON'T BELIEVE ME? WATCH MY VIDEO AND SEE WHY I AM LIVING. AFTER YOU WATCH, GET STARTED WITH MY TEAM AND I. http://www.nsmith2323.wakeupnow.com



**chocolate hater**
flag as inappropriate/spamReply

50 you winning bro,you know the rules!!you learned from the black baby mama who you gave a million a year for child support.



**BeBeðŸ'‹**
flag as inappropriate/spamReply

Fif went to Instagram to vent on the matter, dubbing Sally a â€œThirsty video b*tch.â€ He continued expressing his belief that Sally had sent photos to Mediatakeout to boost her buzz and also warned the industry not to work with her. He then added another caption under the photo, advising everyone that a new video is on the way. â€œBig FAIL, super thirsty, new shoot this week coming. Unbelievable #smsaudio #Animal Ambition,â€wrote 50.

Add comment

**MediaTakeOut © 2014** <u>home</u> <u>legal</u> <u>privacy</u> <u>sitemap</u> <u>more</u>