# EXHIBIT C



Search

Subscribe by RSS (http://www.inflexwetrust.com/feed/)



(http://www.inflexwetrust.com/)

--- Select A Page ---

## (Photo) 50 Cent Exposes A "Video B***h" For Lying About Their Relationship (http://www.inflexwetrust.com/2014/03/26/photo-50-cent-exposes-a-video-bh-for-lying-about-their-relationship/)

03.26.14 | 2 Comments (http://www.inflexwetrust.com/2014/03/26/photo-50-cent-exposes-a-video-bh-for-lying-about-their-relationship/#comments) JaneenIFWT (http://www.inflexwetrust.com/author/janeenifwt/)
Entertainment (http://www.inflexwetrust.com/category/entertainment/)    News (http://www.inflexwetrust.com/category/news/)
Photos (http://www.inflexwetrust.com/category/photos-1/)

Tweet    9         8+1    0        Like    7



Just setting a bad example for video girls of the world, is a woman named Sally. The short-lived video vixen has called the

Case 1:14-cv-02907-KMK Document 1-3 Filed 04/24/14 Page 3 of 26

relationship between her and 50 Cent more than it actually is, and he's now exposing the female for what she is. Check it out after the jump.

JaaiR (JR) (http://twitter.com/JaaiR_JR)

Reality is, Sally was nothing more than a lead girl in one of 50 Cent's upcoming visuals for *Animal Ambition*, but she just had to take it there. She got ahold of some of the stills during the video shoot and sent them out to the media.
So sad for her since, Fif is making sure that she doesn't work in this town again, AND he's doing a reshoot for the video. Damn girl, didn't Meagan Good teach you anything during the movie, *Video Girl*? Check out the gallery for 50's exposure.

WHERE (http://instagram.com/50cent)?

**You might also like:**






(http://www.inflexwetrust.com/2014/02/11/photos-chick-claims-t-i-is-smashing-her-friend-tiny-goes-all-the-way-off/)

(http://www.inflexwetrust.com/2014/02/28/video-dame-dash-commends-jay-z-for-making-him-look-cool-in-front-of-his-daughter/)

(http://www.inflexwetrust.com/2013/12/17/photos-whoa-miley-cyrus-barely-covering-her-buns-in-super-mini-shorts-goes-braless/)

(http://www.inflexwetrust.com/2014/01/08/ex-nfl-player-35-found-dead/)

Ex-NFL Player, 35, Found Dead | In Flex We Trust (http://www.inflexwetrust.com/2014/01/08/ex-nfl-player-35-found-dead/)

(Photos) Chick Claims T.I. Is Smashing Her Friend & Tiny Goes All The Way OFF! | In Flex We Trust (http://www.inflexwetrust.com/2014/02/11/photos-chick-claims-t-i-is-smashing-her-friend-tiny-goes-all-the-way-off/)

(Video) Dame Dash Commends Jay Z, For Making Him Look Cool in Front Of His Daughter! | In Flex We Trust (http://www.inflexwetrust.com/2014/02/28/video-dame-dash-commends-jay-z-for-making-him-look-cool-in-

(Photos) Whoa! Miley Cyrus Barely Covering Her Buns In Super Mini Shorts & Goes Braless! | In Flex We Trust (http://www.inflexwetrust.com/2013/12/17/photos-whoa-miley-cyrus-barely-covering-her-buns-in-super-

Recommended by

**Post Tags:**

50 cent (http://www.inflexwetrust.com/tag/50-cent/)    curtis jackson (http://www.inflexwetrust.com/tag/curtis-jackson/)

Sally (http://www.inflexwetrust.com/tag/sally/)    video vixen (http://www.inflexwetrust.com/tag/video-vixen/)

Warning (http://www.inflexwetrust.com/tag/warning/)

« Previous Post (http://www.inflexwetrust.com/2014/03/26/djfunkflexapp-new-music-smoke-dza-dza-season-freestyle/)

Next Post » (http://www.inflexwetrust.com/2014/03/26/djfunkflexapp-new-music-raekwon-ghostface-killah-thim-slick-remix/)

## 2 Comments

 (http://www.inflexwetrust.com/2014/03/26/photo-50-cent-exposes-a-video-bh-for-lying-about-their-relationship/feed/)

 (http://www.inflexwetrust.com/2014/03/26/photo-50-cent-exposes-a-video-bh-for-lying-about-their-relationship/trackback/)

On 03.29.14 DesFly (http://tleemusic504.wix.com/desflypaperboytlee) said:

Download The Free 50 Cent Movie Soundtrack http://goo.gl/1Qbui4 (http://goo.gl/1Qbui4) #share

## Speak Up

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

Comment

You may use these HTML (HyperText Markup Language) tags and attributes: <a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>

Post Comment

Case: 14-cv-02900-KMK Document 1-3 Filed 04/24/14 Page 5 of 26

🎧 LIVE

KANYE WEST *"Flashing Lights"*

KATY PERRY FEAT. JUICY J *"Dark Hor*

HOME    TOP 97    HOT 97 TV    BATTLE    ON-AIR    THE MUSIC    BLOGS    PRIZES    THE STREETZ    STREAM US    WHO'S NEXT    SUMMER JAM

## FUNKMASTER FLEX

Like  3    Tweet  9    g+1  0



Funkmaster Flex Bio | More Stories

Like  3    Tweet  9    g+1  0

Funkmaster Flex > Fraud Alert: 50 Cent Blasts Video Girl For Lies and Dehydration On Twitter

### Fraud Alert: 50 Cent Blasts Video Girl For Lies and Dehydration On Twitter

Posted on 3/27/2014 7:28:00 PM by Tat Wza



Everyone knows 50 Cent has a reputation for speaking his mind saying whatever and whenever... regardless if it's warranted. Well.. this time it was very warranted.... and a certain video chick is probably feeling the sting of it, wishing she hadn't played herself.

Video girl by the name of Sally Ferriera was blasted on social media by 50 cent for being a thirst bucket! The Queens rapper roasted the woman for insinuating that they were in "involved", when she was really just hired to be in an upcoming video. Looks like she lost that exposure....

Check out the gallery of photos where 50 Cent "Black List" the chick

Permalink    Print



**Tat Wza**
Producer For THE BIG SHOW!!!!!

Other

**Related Articles**

Lil Boosie Shares Release Date Of Upcoming Studio Album And Calls It A "Classic"

Shady Or Nah? Letoya Luckett Asked On Camera If She Purchased Beyonce's CD...The Answer Might Surprise You [Video]

## RECENTLY POSTED

More Stories   HOT 97 TV

**The Realness: #MyNYPD Should Have Seen It Coming! [VIDEO]**



The Morning Show

**Kevin Hart's Ex-Wife Torrei Throws Shade At Kevin Hart's Relationship With Girlfriend Eniko!**



The Morning Show

**Beyonce's Big Feature In Toyota Campaign Called 'Get Going' [VIDEO]**



The Morning Show

**Nicki Minaj Says Kenya Moore Provoked Porsha Williams of Baskbetball Wives Causing Her To Catch The Fade! [VIDEO]**

The Morning Show

Bye Bye Becky: Cuba Gooding Jr's Wife Of 20 Years Files For Legal Separation

Eminem And Funk Flex Partner Up For New Digital Deal!

Juelz Santana's Wifey Kimbella Showing Off That 'Rum Cake' In Sexy Fit [Photos]



## Leave a comment:

0    0

Be the first to comment here.

· Subscribe to comments

Comment    Like

### Nia Long Bares Her Beautiful Brown Skin & Curves Nude For Allure Magazine! [PHOTO]



The Morning Show

More





HOME  |  HOT 97 TV  |  ON-AIR  |  STREAM US  |  THE CLICK  |  THE MUSIC  |  WHERE TO LISTEN

**Advertise With Us**      **Privacy Policy**
**Contact Info**           **EEO Forms**
**Terms of Use**           **Official Contest Rules**
                           **Jobs**

Join us on Facebook

FOLLOW ME ON twitter

g+  Follow    24k

Copyright © 2014. All rights reserved.



VLADTV        SNEAKER WATCH        CELEBRITY SCHOOL PICS

-COLLAPSE

# VLADTV

Guest User | Login | Register

SEARCH 

FRONT PAGE    EXCLUSIVES    LISTS    BEEF    DRAMA    MC BATTLES    MUSIC    LMAO TWITPICS    BREAKING NEWS

## 50 CENT SPARKS ROMANCE RUMORS WITH MODEL SALLY FERREIRA

Mar 26, 2014 | 7:30 PM    Written By: Jessica T        Like  5    Tweet 30    64,429    10



Play Slideshow        Image 1 of 17





Photos of 50 Cent hanging out with model/actress Sally Ferreira surfaced, sparking rumors that the two are dating. They've known each other for years after Sally appeared in Fif's 2010 movie "Gun," which also featured veteran actor Val Kilmer.

Sally posted a photo of her and Fif on her Instagram that she captioned, "Selfie," while also taking another shot of a lit up, chrome wrapped Lamborghini Aventador. The guys over at cafespa.com revealed that the car belongs to Bryan of TeamSalamone, who loaned out the flashy ride for one of Fif's upcoming video.

So, while all the talk is brewing about the "Candy Shop" rapper sparking up a new romance with a hot model, it's likely that they were just filming a video together. Neither have commented on the rumors as of yet.

Source: Instagram

### POPULAR        RELATED



Amber Rose Flaunts Her Thickness at Coachella



Bria Myles Shows Off That Thickness in Barely There Swimsuit



Love & Hip Hop's Mimi Faust &



Nikko to Release Sex Tape (Pics)

Money, Cars, Girls: Millionaire Gambler's Crazy Life Exposed



**10 Comments**

Vadit Bolinger ·
He just denied dating her on IG saying she was sending pictures out to different outlets lying

> mimi ·
> on his page?

>> DontFeedThePig ·
>> it was on his page but he took it down he's not giving that fake bitch no promo that mans a marketing GENIUS

Real Talk (Amazing Dude) ·
check his instagram lol they were filming a music video and she apparently sent a bunch of photos to mediatakeout and other sites saying they were together so 50 has scraped the video and said his doing a new one.

kev ·
He just put that hoe on blast tho

The Truth ·
I really doubt there is a romance between them but dam if it is hi copped a hot one..can't be mad that..

meh ·
I guess money can buy white hoes

big dick cheney ·
Welcome to vlad.

F.W ·
Retarded

manofpower99 ·
wow say word that was 50 on the southern state last week nice !!!

ALSO ON VLAD TV                                              WHAT'S THIS?

**Nicki Minaj Debuts Grown & Sexy Look For MTV Movie Awards**

CiffBowl — Never was of fan of Nicki, nor will I ever be...but I gotta give her props for being on her grown woman shit ...

**Love & Hip Hop's Mimi Faust & Nikko to Release Sex Tape (Pics)**

— People will sell their soul for a few mins of "fame"

**Man Surprises Enemy By Kissing Him To End Heated Argument**

— THIS SOME GAY SHIT

**"CARRY ON"-BINGO ON THA TRACK**

— Yes ............. Love it......

bestofbothoffices  Listen. HE? ZEUS Feat. Ye Ali ~ 100              SHARE                    »

## HOT CONTENT



Oh You Laughing Huh! Funniest Kim & Kanye Pics



100 Hip-Hop Mugshots



VladTV's Top 100 Hottest Urban Models



The Funniest Face Tattoos of All Time



The Funniest Mugshots of All Time



VladTV's Craziest Hip-Hop Chains



The Best and Worst Hip-Hop Fan Tattoos



Hip-Hop High School Pictures



100 Ugliest Sneakers Ever



VladTV's Sports Mugshots



Top 100 Jordans of All Time!



Top 40 Foamposites Of All Time

Copyright © 2008-2014 Hot In Here, Inc. All Rights Reserved. Terms of Service ¦ Privacy ¦ Contact

bestofbothoffices  Listen: HEYZEUS Feat. Ya Ali – 100       SHARE                                »































0

Posted March 27, 2014 by Uni in Hip Hop News

# 50 Cent Deads All Rumors Of A Realtionship With Vixen Sally Ferreria Calling Her A 'Thirsty Video B—' [Details]

So after photos of 50 Cent hanging out with model/actress Sally Ferreira surfaced on the web rumors began to spark that the "Animal Ambition" rapper and vixen where dating.

Well as quickly as the rumors started they were soon put to rest. 50 Cent took to his Instagram to blast Ferreria for leaking photos to MediaTakeOut from their video shoot implying the two by item stating that:

Big FAIL, super thirsty, new shoot this week coming. Unbelievable #smsaudio #Animal Ambition," 50 captioned the photo of Sally along with more warnings: "WARNING Do not attempt to work with this thirsty video b!tch she sent photos of the video shoot to MediaTakeOut saying I'm in a relationship with her. CAN ANYONE SAY RESHOOT

Vald-TV reports that Fif took down the Instagram post, but MediaTakeOut was quick on getting a screenshot. check it out in the gallery above.



4/14/2014 10:42 AM





Latest Posts

Latest posts by Uni (see all)

Big Sean & Naya Rivera Call Off Engagement [Details] – April 9, 2014

Beyoncé & Jay Z Celebrate Six Years Of Love In The Dominican Republic With Blue Ivy [Photo] – April 9, 2014

T.I. Gets New Reality Show [Details] – April 9, 2014

50 Cent Celebrity News enteratinment news hip hop news sally ferreria vixen

- Related:
- 
- 50 Cent
- Celebrity News
- hip hop news



IAMSU! ft. 50 Cent x Jay Ant 'Show You' [Audio]

