# EXHIBIT C

| HOME | ABOUT US | ADVERTISING | TERMS OF USE | PRIVACY POLICY | STAFF | CONTA( |



celebnmusic247.com

| Celebrity | Exclusives | Fashion | Hotspots | Latest | Movies | Music | Pop Cultu |

Home » Hip Hop Beefs » 50 Cent Puts Video Vixen on BLAST



## 50 Cent Puts Video Vixen on BLAST

Mar 31st, 2014



## 50 Cent Puts Video Vixen on BLAST

**50 Cent Puts Video Vixen On Blast for Lying About Their Relationship!**

50 Cent has found himself in a bitter fued with a former video vixen who apparently selling lies to MTO.

CelebNMusic247247.com has learned that once word got to 50 Cent that video vixen Sally Ferreria was claiming that he and she dated, he quickly took to Instagram to sound off about the video vixen.

50 Cent Clapped Back on Twitter shutting down the bogus report:

 **50cent** 
1 hour ago
Big FAIL, super thirsty, new shoot this week coming. Unbelievable #smsaudio #Animal Ambition

"The Pilot" rapper admitted that he only shot a music video with the video vixen and she's only using his name to generate buzz.

50 writes:

Fif went to Instagram to vent on the matter, dubbing Sally a "Thirsty video b*tch." He continued expressing his belief that Sally had sent photos to Mediatakeout to boost her buzz and also warned the industry not to work with her. He then added another caption under the photo, advising everyone that a new video is on the way. "Big FAIL, super thirsty, new shoot this week coming. Unbelievable #smsaudio #Animal Ambition."

Sally Ferreria took to her Instagram to respond to the allegations made by 50.

She writes:

"I would like to extend my gratitude to all of my family and friends, in and out of the entertainment industry for the continued support during these difficult times. My team and I will take the mature and professional route in dealing with the false and cruel allegations that were made this week by a very prominent industry voice via several media outlets. Our goal is for the truth to be known and undo the defamation it has caused. Thank you."

Thoughts?

**CelebNMusic247.com - #CelebsAreCoolRight**



**Related articles**

- Childish Gambino Talks About His Love For Jhene Via Vibe Vixen! (dimepiecelifestyle.com)
- Woman Is Suing 2 Chainz For Putting Her On Blast In A Video [Updated] (imarashed.com)
- 2 Chainz Puts Groupie On Blast Backstage! Straight Comedy! (wild941.cbslocal.com)
- Must Be Two Sides: The #IsThisYoThot Chick 2Chainz Put On Blast Claps Back Via Instagram (bossip.com)
- Vixen Fashion: Tara Wallace Styled by Sable Tempest (thevocalvixen.com)



**About Menzo**

Carlos Menzo is one of CelebNMusic247.com contributing writers covering the world of sports, fitness and pop culture. From the MLB, NBA, NFL, NHL, WNBA to the techie report, politics and art, Menzo covers it.

View all posts by Menzo →

**Related Posts**



**Floyd Mayweather and Shantel Jackson End Engagement**

04/12/2014 · 0 Comment



**Outkast Set Cut Short at Coachella**

04/12/2014 · 0 Comment



**Columbus Short Drops New Track 'Gave Ya'**

04/12/2014 · 0 Comment

Celebrity | Exclusives | Fashion | Hotspots | Latest | Movies | Music | Pop Cultu



Tweets by @CNM24_7

(http://www.facebook.com/RealHotNewHipHop) (http://twitter.com/#!/HotNewHipHop) (http://www.youtube.com/user/HotNewHipHop)
(https://plus...com/11331993808...)



(http://www.hotnewhiphop.com/) TOP 100 (HTTP://WWW.HOTNEWHIPHOP.COM/TOP100/)   SONGS (HTTP://WWW.HOTNEWHIPHOP.COM/SONGS/)
MIXTAPES (HTTP://WWW.HOTNEWHIPHOP.COM/MIXTAPES/)   VIDEOS (HTTP://WWW.HOTNEWHIPHOP.COM/VIDEOS/)
HOTTIES (HTTP://WWW.HOTNEWHIPHOP.COM/ARTICLES/HOTTIES/)
HEATSEEKERS (HTTP://WWW.HOTNEWHIPHOP.COM/HEAT-SEEKERS.HTML)   ARTISTS (HTTP://WWW.HOTNEWHIPHOP.COM/ARTISTS/)
NEWS (HTTP://WWW.HOTNEWHIPHOP.COM/ARTICLES/NEWS/)   FEATURES (HTTP://WWW.HOTNEWHIPHOP.COM/ARTICLES/FEATURES/)

Home (http://www.hotnewhiphop.com/) > News (http://www.hotnewhiphop.com/articles/news/) > 50 Cent Blasts Video Chick For Reportedly Claiming To Be His Girlfriend

# 50 Cent Blasts Video Chick For Reportedly Claiming To Be His Girlfriend

| 24 | 87 | 69 |
| Like | Tweet | +1 |

SEARCH

(https://www...(http://twitt...(http://insta...(https://plus...(http://www
/RealHotNe.../hotnewhip.../hotnewhip.../11331993.../subscriptio...
540K   337K   46K   82K   116K

By Rose Lilah (http://www.hotnewhiphop.com/u/piix/)
(http://www.hotnewhiphop.com/u/piix/) Posted Mar 26, 2014 at 01:02 PM

👍 34  💬 5   🗨 73 Comments     (/stats/a/9911/) 📈 29,346 Views





**VIDEO FIX (HTTP://WWW.YOUTUBE.COM/USER/HOTNEWHIPHOPT)**

SUBSCRIBE TO OUR CHANNEL (HTTP://WWW.YOUTUBE.COM/SUBSCRIPTION_CENTER?ADD_USER=HOTNEWHIPHOP)

50 Cent puts one of his video vixens on blast for reportedly sending out pictures from a video shoot, and claiming they were a couple.

50 Cent (http://www.hotnewhiphop.com/50Cent/profile/), never one to shy away from beef whether it be fully-formed or just on the precipice, takes aim today at one of the video girls he hired to shoot a visual off the forthcoming **Animal Ambition** album.

Fiddy has really been on his video game as of late, releasing music videos for **Animal Ambition** cuts "Pilot" (http://www.hotnewhiphop.com/50-cent-pilot-video-new-video.27000.html), "Don't Worry 'Bout It" (http://www.hotnewhiphop.com/50-cent-don-t-worry-bout-it-video-new-video.26833.html), "Hold On" (http://www.hotnewhiphop.com/50-cent-hold-on-video-new-video.26827.html), and "The Funeral," (http://www.hotnewhiphop.com/50-cent-the-funeral-video-new-video.26160.html)-- basically almost every leak he's dropped off the project has received the visual treatment.

Today the rapper took to his Instagram account to warn people about one particular video vixen, whom he calls out by name, Sally Ferreira. Apparently because this chick let go photos from their video shoot, 50 is re-shooting the video this week. He doesn't clarify as to which song the visual was for.

"Big FAIL, super thirsty, new shoot this week coming. Unbelievable #smsaudio #Animal Ambition," 50 captioned the photo of Sally along with more warnings: "WARNING Do not attempt to work with this thirsty video b!tch she sent photos of the video shoot to MediaTakeOut saying I'm in a relationship with her. CAN ANYONE SAY RESHOOT"

MediaTakeOut did indeed post a photo of 50 Cent riding the subway with the girl, his arms around her waist, thus

making it seem as though it was a candid photo (but in reality it's a still from the shoot). See the image from MediaTakeOut above, as well as 50's Instagram post below.

[Edit: 50 Cent has taken down his Instagram post, however the image he posted can still be viewed in the gallery above.]

**RELATED ARTICLES**

 50 Cent's Top 20 Vixens (http://www.hotnewhiphop.com/50-cents-top-20-vixens-news.10124.html)

 50 Cent Thanks Eminem For Giving Him A Shot, Describes Him As One Of His Favorite People (http://www.hotnewhiphop.com/50-cent-thanks-eminem-for-giving-him-a-shot-describes-him-as-one-of-his-favorite-people-news.10052.html)

 Crew Love: HBK Gang (http://www.hotnewhiphop.com/crew-love-hbk-gang-news.10106.html)

Tags: 50 cent (http://www.hotnewhiphop.com/tags/50-cent/news/), animal ambition (http://www.hotnewhiphop.com/tags/animal-ambition/news/), video shoot (http://www.hotnewhiphop.com/tags/video-shoot/news/), photo (http://www.hotnewhiphop.com/tags/photo/news/), vixen (http://www.hotnewhiphop.com/tags/vixen/news/)

+ ADD COMMENT  👍 34  💬 5
Like 24   Tweet 8·1   (//www.

< Share

### Related Articles

 Cent Says "Street King Immortal" Will Be A "Personal Album (http://www.hotnewhiphop.com/50-cent-says-street-king-immortal-will-be-a-personal-album-news.9859.html)

 Cent's "Power" TV Show For Starz Network Gets An Air Date (http://www.hotnewhiphop.com/50-cents-power-tv-show-for-starz-network-gets-an-air-date-news.10123.html)

 Meek Mill Is Suing The City Of Philadelphia (http://www.hotnewhiphop.com/meek-mill-is-suing-the-city-of-philadelphia-news.10142.html)

Cent Reveals Some Features From "Animal Ambition" (http://www.hotnewhiphop.com/50-cent-reveals-some-features-from-animal-ambition-news.9782.html)

### Trending Articles

 Listen To Snippets From Future's "Honest" Album (http://www.hotnewhiphop.com/listen-to-snippets-from-future-s-honest-album-news.10135.html)

 Nude Selfie Appears To Be Iggy Azalea & Nick Young, Couple Confirm It's Not Them (http://www.hotnewhiphop.com/nude-selfie-appears-to-be-iggy-azalea-and-nick-young-couple-confirm-it-s-not-them-news.10099.html)

 Stream August Alsina's New Album "Testimony" In Its Entirety (http://www.hotnewhiphop.com/stream-august-alsina-s-new-album-testimony-in-its-entirety-news.10114.html)

 Drake Surprises 15-Year Old Cancer Patient In Houston (http://www.hotnewhiphop.com/drake-surprises-15-year-old-cancer-patient-in-houston-news.10141.html)



Older Article
< Cover Art & Tracklist Revealed For Styles P's "Phantom And The Ghost" (http://www.hotnewhiphop.com/cover-art-and-tracklist-revealed-for-styles-p-s-phantom-and-the-ghost-news.9909.html)

News

Newer Article
Atmosphere Announces "North Of Hell" Canadian Tour Dates > (http://www.hotnewhiphop.com/atmosphere-announces-north-of-hell-canadian-tour-dates-news.9912.html)

## COMMENTS 💬   + ADD COMMENT
/articles/news/)
VIEW COMMENT THREAD (HTTP://WWW.HOTNEWHIPHOP.COM/COMMENTS/A/9911/)

You may also like...

## LATEST NEWS (HTTP://WWW.HOTNEWHIPHOP.COM/ARTICLES/NEWS/)

MORE NEWS (HTTP://WWW.HOTNEWHIPHOP.COM/ARTICLES/NEWS/)

 (http://www.hotnewhiphop.com/crew-love-hbk-gang-news.10106.html)

Crew Love: HBK Gang (http://www.hotnewhiphop.com/crew-love-hbk-gang-news.10106.html)
31 Views

 (http://www.hotnewhiphop.com/drake-announces-ovo-s-houston-appreciation-weekend-update-dates-announced-news.9700.html)

Drake Announces OVO's Houston Appreciation Weekend [Update: Dates Announced] (http://www.hotnewhiphop.com/drake-announces-ovo-s-houston-appreciation-weekend-update-dates-announced-news.9700.html)
20,618 Views   61 Comments

 (http://www.hotnewhiphop.com/photos-jay-z-ti-snoop-dogg-diddy-outkast-and-more-at-coachella-2014-news.10147.html)

Photos: Jay Z, T.I., Snoop Dogg, Diddy, OutKast & More At Coachella 2014 (http://www.hotnewhiphop.com/photos-jay-z-ti-snoop-dogg-diddy-outkast-and-more-at-coachella-2014-news.10147.html)
9,013 Views   19 Comments

 (http://www.hotnewhiphop.com/stream-jason-derulo-s-talk-dirty-album-in-full-news.10146.html)

Stream Jason Derulo's "Talk Dirty" Album In Full (http://www.hotnewhiphop.com/stream-jason-derulo-s-talk-dirty-album-in-full-news.10146.html)
2,352 Views   17 Comments

 (http://www.hotnewhiphop.com/stream-coachella-day-3-featuring-calvin-harris-duck-sauce-and-more-news.10145.html)

Stream Coachella Day 3 Featuring Calvin Harris, Duck Sauce & More (http://www.hotnewhiphop.com/stream-coachella-day-3-featuring-calvin-harris-duck-sauce-and-more-news.10145.html)
2,764 Views   4 Comments

 (http://www.hotnewhiphop.com/da-mafia-6ix-are-doing-a-collaborative-album-with-insane-clown-posse-news.10144.html)

Da Mafia 6ix Are Doing A Collaborative Album With Insane Clown Posse (http://www.hotnewhiphop.com/da-mafia-6ix-are-doing-a-collaborative-album-with-insane-clown-posse-news.10144.html)
3,715 Views   23 Comments

 (http://www.balloverall.com/node/13337)

   

(http://crowdignite.craveonline (http://crowdignite.craveonline (http://crowdignite.craveonline (http://crowdignite.craveonline.com
/cassie_publicly_shuts_down_ /is_young_thug_the_first_gay_ /rare_photos_of_2pac)_with_his /which_rapper_is_lil_wayne_afraid_of)
diddy) gangsta_trap_rapper? _famous_friends)

**Cassie Publicly Shuts Down Diddy** (http://crowdignite.craveonline.com/cassie_publicly_shuts_down_diddy)

**Is Young Thug The First Gay Gangsta Trap Rapper?** (http://crowdignite.craveonline.com/is_young_thug_the_first_gay_gangsta_trap_rapper)

**Rare Photos of 2pac with His Famous Friends** (http://crowdignite.craveonline.com/rare_photos_of_2pac_with_his_famous_friends)

**Which Rapper is Lil Wayne Afraid Of?** (http://crowdignite.craveonline.com/which_rapper_is_lil_wayne_afraid_of)

**10 NBA Players Making It Big On New Teams** (http://www.balloverall.com/node/13337)
3,580 Views


(http://www.hotnewhiphop.com/9-vintage-hip-hop-inspired-ads-news.10100.html)

**9 Vintage Hip-Hop Inspired Ads** (http://www.hotnewhiphop.com/9-vintage-hip-hop-inspired-ads-news.10100.html)
9,124 Views  8 Comments


(http://www.hotnewhiphop.com/meek-mill-is-suing-the-city-of-philadelphia-news.10142.html)

**Meek Mill Is Suing The City Of Philadelphia** (http://www.hotnewhiphop.com/meek-mill-is-suing-the-city-of-philadelphia-news.10142.html)
38,637 Views  123 Comments


(http://www.hotnewhiphop.com/drake-surprises-15-year-old-cancer-patient-in-houston-news.10141.html)

**Drake Surprises 15-Year Old Cancer Patient In Houston** (http://www.hotnewhiphop.com/drake-surprises-15-year-old-cancer-patient-in-houston-news.10141.html)
10,859 Views  91 Comments


(http://www.hotnewhiphop.com/charts-don-t-lie-april-13-news.10113.html)

**Charts Don't Lie: April 13** (http://www.hotnewhiphop.com/charts-don-t-lie-april-13-news.10113.html)
5,374 Views  23 Comments


(http://www.hotnewhiphop.com/marlon-wayans-says-2pac-wasn-t-real-gangster-but-he-acted-gangster-news.10139.html)

**Marlon Wayans Says 2pac "Wasn't Real Gangster, But He Acted Gangster"** (http://www.hotnewhiphop.com/marlon-wayans-says-2pac-wasn-t-real-gangster-but-he-acted-gangster-news.10139.html)
26,767 Views  106 Comments


(http://www.hotnewhiphop.com/stream-coachella-day-2-featuring-pharrell-fatboy-slim-and-more-news.10138.html)

**Stream Coachella Day 2 Featuring Pharrell, Fatboy Slim, & More** (http://www.hotnewhiphop.com/stream-coachella-day-2-featuring-pharrell-fatboy-slim-and-more-news.10138.html)
4,587 Views  18 Comments

(http://www.sneakermob.com/node/4145)

**Chicks In Kicks Weekly Recap** (http://www.sneakermob.com/node/4145)
1,273 Views

(http://www.hotnewhiphop.com/game-and-40-glocc-beef-escalates-as-the-rappers-drop-threats-news.10136.html)

HOME    ABOUT    URBAN GOSSIP    PRIVACY POLICY



MUSIC

# 50 Cent Drags a Video Vixen on Instagram

By admin | March 30, 2014                        13 Comments

Don't be selfish...



Photo Credit: Instagram

By: Amanda Anderson-Niles

It looks like 2 Chainz isn't the only one putting video vixens and groupies on blast. According to new reports, 50 is fed up with a video vixen by the name of Sally Ferreria. He claims Ferreria has been telling blogs she's dating 50 and he took to Instagram to shut down the reports. He also said he only shot a music video with the video vixen and she's only using his name to generate buzz.

XXL writes:

> Fif went to Instagram to vent on the matter, dubbing Sally a "Thirsty video b*tch." He continued expressing his belief that Sally had sent photos to Mediatakeout to boost her buzz and also warned the industry not to work with her. He then added another caption under the photo, advising everyone that a new video is on the way. "Big FAIL, super thirsty, new shoot this week coming. Unbelievable #smsaudio #Animal Ambition," wrote 50.

Sally Ferreria took to her Instagram to respond to the allegations made by 50 and she writes the following on her Instagram account:

> I would like to extend my gratitude to all of my family and friends, in and out of the entertainment industry for the continued support during these difficult times. My team and I will take the mature and professional route in dealing with the false and cruel allegations that were made this week by a very prominent industry voice via several media outlets. Our goal is for the truth to be known and undo the defamation it has caused. Thank you.

Don't be selfish...          

RELATED ITEMS  50 CENT

50 Cent Drags a Video Vixen on Instagram
Case 7:14-cv-02907-KMK Document 1-4 Filed 04/24/14 Page 12 of 14
Page 3 of 6

← **Previous Story**
Groupie Embarrassed by 2 Chainz Plans to Sue Rapper over Infamous Video

**Next Story** →
Drake Doesn't Want to Respond to Jay Z Diss?

## YOU MAY ALSO LIKE...


50 Cent Talks Past Romances with Ciara & Vivica Fox


50 Cent Takes Shots at His Baby Mama on Instagram


50 Cent's Baby Mama Caught Lying About Rapper Not Seeing Son in 2 Years?

## 13 COMMENTS

**And What?**
March 30, 2014 at 7:32 pm

What is this becoming a trend? I think this is real female like.

Reply

**Anon Chick**
March 30, 2014 at 7:34 pm

B-tcha-sness. All he had to do is get his publicist to clear up the rumors. This was uncalled for.

Reply

**Peachy**
March 30, 2014 at 7:35 pm

I smell a publicity stunt.

Reply

**Hater**
March 30, 2014 at 7:36 pm

I forgot 50 even existed.

**Jasmine**
March 30, 2014 at 7:36 pm

Man these groupies better wake up. These rappers will put them on blast on social media now. LMFAO!

Reply

**Gabriella**
March 30, 2014 at 7:40 pm

Well these thirsty groupies have to start blaming themselves because they blast men left to right. I guess these men say we about to start blasting as well.

Reply

**Fashionista**
March 30, 2014 at 7:40 pm

Video chicks do this all the time. They think it will get them on some reality show or something because there's not longevity in making it clap in music videos.

Reply

**SMH**
March 30, 2014 at 7:57 pm

This.

Reply

**Hershey**
March 30, 2014 at 7:46 pm

Put em on blast 50! LOL!

Reply

**Ms. Jackson**
March 30, 2014 at 7:47 pm

Now she knows she is full of sh-t. No one even knows who she is, so why would the blogs be checking for her if she wasn't feeding them that lie? These chicks are hilarious.

Reply

**Meeka**
March 30, 2014 at 7:54 pm

50 being 50.

50 Cent Drags a Video Vixen on Instagram
Case 7:14-cv-02907-KMK   Document 1-4   Filed 04/24/14   Page 14 of 14
Page 5 of 6

**Anonymous**
March 30, 2014 at 8:54 pm

Lol

Reply

**Anonymous**
March 31, 2014 at 4:46 am

Oh well she shouldn't have lied on 50

Reply

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

Comment

Post Comment

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

HOME    ABOUT    URBAN GOSSIP    PRIVACY P

Copyright © 2014 Urban Belle Magazine.    LATEST NEWS