film    tv    feel good    music    sports    videos              SUBSCRIBE

music › trending

# 50 Cent new girlfriend Sally Ferreira PHOTOS: rapper dating sexy model, NOT Tatted Up Holly, new couple cuddle on romantic NYC date

By **Danica Bellini, Mstars Associate Editor** | Mar 26, 2014 10:44 AM EDT

3    0    0

**Get the Most Popular Mstars News**



(Photo : wikicommons) 50 Cent UPDATE.

50 Cent "dating rumors" continue going viral online. Apparently, the *Get Rich or Die Tryin'* rapper has romantically moved-on with a sexy Dominican actress/model/dancer...

Fifty was initially spotted "cozying up" to bootilicious model, Tatted Up Holly:

50 Cent dating Tatted Up Holly [PHOTOS]: Rapper & Sexy, Curvaceous Model Spotted at 'The Family' 2013 NYC Movie Premiere

50 Cent & Tatted Up Holly Party in NYC: G-Unit Emcee Spotin' Date with Voluptuous Model at Bar

**Follow Us Everywhere**

 Like

**Sign Up for Our Newsletter**

Enter Email Address

## DON'T MISS



reviews
This episode was the bomb.

## LATEST STORIES

   Rihanna Asks Drake to Delete 'Intimate' Instagram Photo?

Paul Bettany Describes Vision in 'The Avengers: Age of Ultron'



Like Us on Facebook    Like 2k



Now, the rapper is allegedly "hooking-up" with aspiring model Sally Ferreira:




Two New 'The Amazing Spider-Man 2' Clips


Lana Del Rey's New Single 'West Coast' Has Arrived! Listen to Official Audio Here


Monday Night Raw Preview 4/14/14


Kelly Osbourne & Paris Hilton Beef Reignited at Coachella


Kim Kardashian & Beyonce 'Friends' Now?


MiMi Faust has a 'Love & Hip Hop' Sex Tape!


'The Hunger Games: Catching Fire' Wins "Movie of the Year" See Complete Winner's List of 2014 MTV Movie Awards


MTV Movie Awards 2014 Red Carpet Recap ( PHOTOS)







Check out some more stunning snapshots on Ferreira's official Instagram page. She's featured in several of Fifty's music videos. She's also worked with Llyod Banks and Kanye West. For more info on 50 Cent's new love interest, go here.

According to *Media Take Out.com*, the two were recently spotted riding NYC's subway together. They were later spotted riding around in Fifty's new Lamborghini Aventador.



## MUSIC VIDEOS

Keyshia Cole (Feat. Juicy J) - Rick James

 

Coldplay - Magic          Calvin Harris - Summer

**Tweets**                              Follow

Mstars News @MstarsNews        now
Two new 'The Amazing Spider-Man' clips
hint at Gwen Stacy's fate, show off Spidey
Sense
mstarz.com/articles/29081...
Show Summary

Mstars News @MstarsNews        now
#MondayNightRaw Preview 4/14/14:
#UltimateWarrior tribute, war between
Evolution and The Shield begins
mstarz.com/articles/29081...
Show Summary

Mstars News @MstarsNews        10m
PHOTOS: @KimKardashian & @Beyonce
squash beef for Kanye West & Jay Z
bromance, fans respond to 'gal pal' sea day
mstarz.com/articles/29074...
Show Summary

Mstars News @MstarsNews        25m
#MimiFaust & #NikkoSmith sex tape
confirmed, #LoveAndHipHop gets kinky
with 'Scandal in Atlanta,' Vivid release soon
mstarz.com/articles/29073...
Show Summary

Tweet to @MstarsNews






Majestic photos of Yellowstone National Park in Wyoming


Hilarious shampoo prank! (VIDEO)


Excited goat gets ignored by a dog - this will make you laugh! (VIDEO)


35 impressive photos of São Paulo, Brasil

Do *Mstars* fans think they make a cute couple?





© 2014 Mstars News. All rights reserved. Do not reproduce without permission.

**FEATURED VIDEO : INTERVIEW WITH TIM MCGRAW, COUNTRY STAR**

## MOST SHARED


100HappyDays.com will make you happy


Ellen DeGeneres Show: The $10,000 Cupcake [WATCH]


Ellen DeGeneres rewards generous Iowa chef with check


8 Year Old Pay's It Foward On Ellen DeGeneres Show For Solider


Louis Tomlinson Backs Eden Dora Trust Charity Campaign

3   0

Get the Most Popular Mstars News

Tags: 50 Cent , dating , Girlfriend , Rumors , Sally Ferreira

## YOU MAY LIKE

### Sponsored From Around the Web

    

Get Crazy Long Looking Lashes | Got 25 Minutes? Get the Body of Your Dreams | How to Easily Manage Your Credit Score for Free | Cheats to Boost Testosterone | Car Insurance Agents HATE This Trick

    

What Happens When You Take a Testosterone Supplement | A Simple Way to Lose Pounds and Relieve Gas and Bloating | How Cruise Ships Fill Their Unsold Cabins | Find Out if Any of Your Ancestors Were Famous - or Infamous | Legal Tricks to Fixing Your Credit Score

## AROUND THE WEB

    

The Olympics Costume Everyone's Been Talking About | 10 Celebs Who Used to Have Horrible Smiles | Stars Who Came Out Of Nowhere | Former TV Star Loses Her Baby and is Now in A Coma | 6 Famous Movie Lines That You've Been Saying Wrong

## SHARE YOUR THOUGHTS

## YOU MIGHT ALSO LIKE

  

Dove works with a 'Beauty Patch' to change how women see themselves (VIDEO) | Beyonce shows off bikini body while on vacation with Blue Ivy ( PHOTOS ) | 'Marriage Boot Camp' Star Sofia Sulligan Talks 'Double S Fitness' with MStars Reporter Star Connor ( Exclusive Interview )

## FROM OUR PARTNERS

'Real Housewives of Melbourne:' Gina Liano, Jackie Gillies, Andrea Moss, Lydia Schiavello [CAST UPDATE, SPOILERS]

NOT Gay Scientologist Tom Cruise Plastic Surgery Rumors After Katie Holmes Dating Jamie Foxx Claims

REVIEW: Lana Del Rey new single 'West Coast' oozes of Dan Auerbach production, sexual vintage energy [LISTEN]

Pulp and 'Common People' top BBC Radio list of 'Best Britpop Songs'

Sigur Rós share cover of "The Rains of Castamere,' make cameo on last night's 'Game of Thrones' episode [LISTEN]

Wendy Williams Slams 'RHOBH' Brandi Glanville and LeAnn Rimes For Twitter Feud Over Sick Son

### Subscribe to Mstars News!
Fill in the form below to order.

**SUBSCRIBE NOW**

mstars news.com | film | tv | feel good | music | sports | videos | about us | contact us | terms of service | privacy policy | jobs

## MORE, MORE, MORE



classicalite

'Real Housewives of Melbourne:' Gina Liano, Jackie Gillies, Andrea Moss, Lydia Schiavello [CAST UPDATE, SPOILERS]



musictimes

REVIEW: Lana Del Rey new single 'West Coast' oozes of Dan Auerbach production, sexual vintage energy [LISTEN]



musictimes

Pulp and 'Common People' top BBC Radio list of 'Best Britpop Songs'



classicalite

NOT Gay Scientologist Tom Cruise Plastic Surgery Rumors After Katie Holmes Dating Jamie Foxx Claims

MUSIC TIMES    Classicalite

Copyright © 2014 MSTARSNEWS.COM All rights reserved.

  film  tv  feel good  music  sports  videos  SUBSCRIBE

**New Suave Professionals® Visible Glow Self-Tanning Lotion**

music · trending

# 50 Cent NOT dating Sally Ferreira, new hip-hop beef ignited? 'Animal Ambition' rapper slams girlfriend RUMORS on Instagram, 'thirsty video b*tch' [PHOTOS]

By Danica Bellini, Mstars News Associate Editor | Apr 09, 2014 12:58 PM EDT

2  0  0

Get the Most Popular Mstars News



(Photo : Reuters) 50 Cent UPDATE.

Just last month, rumors suggested that rapper 50 Cent was dating "video vixen" Sally Ferreira. As *Mstars* previously reported:

**Like Us on** Facebook  **Like**   *50 Cent "dating rumors" continue going viral online. But now, apparently the Get Rich or Die Tryin' emcee romantically moved-on with a sexy Dominican actress/model/dancer...*

*Fifty was initially spotted "cozying up" to bootilicious model, Tatted Up Holly:*

*50 Cent dating Tatted Up Holly [PHOTOS] Rapper & Sexy Curvaceous Model Spotted at The Family 2013 NYC Movie Premiere*

*50 Cent & Tatted Up Holly Party in NYC Q List Foster 'Sizzle Team with Versace Dress and Bag*

Now, the rapper is allegedly "hooking-up" with aspiring model, Sally Ferreira:





Follow Us Everywhere

Like

Sign Up for Our Newsletter

Enter Email Address

## DON'T MISS



reviews
THE FOLLOWING Season 2, Episode 12 Preview 'The Reaping' [VIDEO]

## LATEST STORIES

Cannibals Will Consume You In Eli Roth's Upcoming Horror Movie 'The Green Inferno!' WATCH VIDEO





Check out some more stunning snapshots on Ferreira's official *Instagram* page. She's featured in several of Fifty's music videos. She's also worked with Llyod Banks and Kanye West. For more info on 50 Cent's new love interest, go *here*.

According to *MediaTakeOut.com*, the two were recently spotted riding NYC's subway together. They were later spotted riding around in Fifty's new Lamborghini Aventador.


**Wu-Tang Clan Rapper UPDATE --Doctors Unable to Save Andre Johnson's Penis**


**Orange is the New Black: Official Season Two Trailer [Watch Here]**


**Mimi Faust, Nikko $10 Million Sex Tape Deal With Vivid Entertainment [VIDEO/ PHOTOS]**


**Is Black Cat in Sinister Six Movie?**


**Why an 'X-Men: Days of Future Past' Teaser is in 'The Amazing Spider-Man 2' Credits**


**Michael Strahan Off To a Good Start Joining GMA Tuesday**


**Pictures of Cobie Smulders and Amy Acker on 'Marvel's Agents of S.H.I.E.L.D.'**


**The Amazing Spider-Man 2 Producers Talk 'Avengers' Crossover**


**Lady Gaga Rumors: Getting Engaged and Taking Up Residency in Vegas**


Pampers Sensitive Wipes 7x Box 448 Count
~~$16.23~~ **$10.97**





Do **Mstars** fans think they make a cute couple?

## MUSIC VIDEOS

Alicia Keys - It's On Again (from The Amazing Spider-Man 2)




CODY SIMPSON - Surfboard

Alicia Keys Looks Fierce in Her New Video "It's On Again" Featuring Kendrick Lamar

### Tweets  Follow

Mstars News @MstarsNews  now
.@KimKardashian, @KanyeWest Calls Off Wedding? May 24th Wedding episode canceled over cheating or other reason?
mstars.com/articles/29280...
Show Summary

Mstars News @MstarsNews  3m
Why an X-Men Days of Future Past (2014) teaser is in The Amazing #SpiderMan2 credits
mstars.com/articles/29276...

Mstars News @MstarsNews  18m
First look at @CobieSmulders and @AmyAcker on Marvel's @AgentsofSHIELD
mstars.com/articles/29230...
Show Summary

Mstars News @MstarsNews  33m
The Amazing #SpiderMan2 producers talk #Avengers crossover
mstars.com/articles/29282...
Show Summary

Mstars News @MstarsNews  48m
@nbc announces #TheMysteriesofLaura finally taking off
Tweet to @MstarsNews



Well, maybe not!

The day after their "romantic" NYC date, Fifty alleged posted a photo of Ferreria on Instagram with the harsh caption:

"Big FAIL, super thirsty, new shoot this week coming. Unbelievable #smsaudio #Animal Ambition," 50 captioned the photo of Sally along with more warnings: "WARNING Do not attempt to work with this thirsty video bitch she sent photos of the video shoot to MediaTakeOut saying I'm in a relationship with her. CAN ANYONE SAY RESHOOT."

OUCH!

The post was quickly taken down, but not quick enough. *MTO* managed to capture a screenshot:






Enjoy a great escape at the Bongoyo Island in Tanzania

50 interesting facts about Khloe Kardashian: posed






(PHOTOS)

You wouldn't want this guy to plan your wedding (VIDEO)

nude for PETA, is a natural blonde

Funny animals hiding wherever they can! (PHOTOS)

Ferreira continues posting inspirational quotes about life and love on Twitter, but she has yet to respond to Fifty's mega-diss.

© 2014 Mstars News. All rights reserved. Do not reproduce without permission.



**FEATURED VIDEO : INTERVIEW WITH TIM MCGRAW, COUNTRY STAR**

## MOST SHARED


100HappyDays.com will make you happy


Ellen DeGeneres Show: The $10,000 Cupcake [WATCH]


Ellen DeGeneres rewards generous Iowa chef with check

[VIDEO] Ellen's $10,000 suprise


8 Year Old Pay's It Foward On Ellen DeGeneres Show For Solider



2    0

Get the Most Popular Mstars News

Tags : 50 Cent , Girlfriend , Rumors , dating , Animal Ambition , Sally Ferreira

## YOU MAY LIKE

**Sponsored From Around the Web**







How New iPads Are Selling for Under $40

The Trick to Shopping Designer Brands for a Steal

The Hot New Product for Gaining Ripped Muscles

How Cruise Ships Fill Their Unsold Cabins

Surprising Way to Lose Pounds, Relieve Gas and Bloating







**How to Start Easily Speaking a Language in 10 Days**

**What Happens When You Take a Testosterone Supplement**

**Cheats to Boost Testosterone**

**Car Insurance Agents HATE This Trick**

**Find Out if Any of Your Ancestors Were Famous - or Infamous**

## AROUND THE WEB







20 Awesome Things You Didn't Know About Frozen | 7 Funniest Celebrity Drinking Moments | Stars Who Came Out Of Nowhere | 7 Dark Secrets Of The Kardashian Family | Stars Who've Changed A Lot Since You Last Saw Them

## SHARE YOUR THOUGHTS

0 Comments    MobileNews                                    Login

Sort by Best                                         Share on Facebook

Start the discussion...



**'Love and Hip Hop: ATL' Mimi Faust, Nikko Engaged after leaked sex tape ...**

— he married joseline

**RHOA Porsha Stewart lawsuit rumors response: Porsha denies stealing ...**

— PORSHA and tacky dressing sister need go back welfare line two bubble headed women..........



**Mimi Faust & Nikko Smith sex tape LEAK confirmed: 'Love & Hip Hop' spices-up ...**

— My reaction to this says it all.https://www.youtube.com/watch?...

**Will the Cleveland Browns give up their first-round NFL Draft quarterback ...**

— Hello Trevor. I like your thinking. There certainly are a ton of options. Very exciting weekend ahead. I feel ...

## YOU MIGHT ALSO LIKE





**Niall Horan Announces Charity Football Match**

**All Aboard the Hogwarts Express!! Online Classes Now Being Offered At Wizarding School from Harry Potter**

**Jennifer Lopez Acknowledges Gay Aunt at GLAAD Media Awards**

## FROM OUR PARTNERS

Coldplay announced first tour dates in support of upcoming, 'Ghost Stories' [SCHEDULE]

'American Idol' Season 13 recap: top 7 choice songs predictable as Jena Irene, Alex Preston break out [WATCH]

Jensen Ackles Beats Jared Padalecki and Misha Collins After 'Supernatural' Cast Replacement

Rumors

American Idol Summer Tour will hit fewer dates during 2014

Winning Powerball Lottery Numbers Results for Wednesday's $110 Million Drawing

The Newberry Consort Presents Baroque Music from the Mexican Convent of the Encarnación

**Subscribe to Mstars News!**
Fill in the form below to order.

SUBSCRIBE NOW

mstars news.com  film  tv  feel good  music  sports  videos  |  about us  contact us  terms of service  privacy policy  jobs

## MORE, MORE, MORE



classicalite

The Newberry Consort Presents Baroque Music from the Mexican Convent of the Encarnación



classicalite

Jensen Ackles Beats Jared Padalecki and Misha Collins After 'Supernatural' Cast Replacement Rumors



musictimes

American Idol Summer Tour will hit fewer dates during 2014



musictimes

Coldplay announced first tour dates in support of upcoming, 'Ghost Stories' [SCHEDULE]

MUSIC TIMES    Classicalite

Copyright © 2014 MSTARSNEWS.COM All rights reserved.